USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

LUCIANO COHETERO and PORFIRIO TAPIA, individually and on behalf of others similarly situated,

                Plaintiffs,

-against-

NEW ERA FOODS ONE INC. d/b/a C TOWN SUPERMARKET and RADAME J. PEREZ (a/k/a JOSE PEREZ),

                Defendants.
----------------------------------------------------------x

08 CV 6084 (SHS)

## STIPULATION TO EXTEND

It is hereby STIPULATED AND AGREED, by and between Plaintiffs Luciano Cohetero and Porfirio Tapia ("Plaintiffs") and Defendants New Era Foods One Inc. d/b/a C Town Supermarket and Radame J. Perez (a/k/a Jose Perez) ("Defendants"), through their undersigned attorneys who state that they have been authorized to enter into this Stipulation To Extend, that Defendants' time to answer, move, or otherwise respond to the Complaint in this matter shall be extended by three weeks, until and including September 18, 2008.

Dated: 8/27, 2008      By: _____
                                  Michael A. Faillace (MF 8436)
                                  MICHAEL FAILLACE & ASSOCIATES, P.C.
                                  110 East 59th Street, 32nd Floor
                                  New York, New York 10022
                                  (212) 317-1200

                                  *Attorneys for Plaintiffs*

Dated: 8/27, 2008          By: _____
                               Jonathan M. Kozak (JK 9619)
                               JACKSON LEWIS LLP
                               One North Broadway, 15th Floor
                               White Plains, New York 10601
                               (914) 328-0404

                               *Attorneys for Defendants*

SO ORDERED THIS 2nd
DAY OF September, 2008.

_____
Hon. Sidney H. Stein
United States District Judge

-2-